ESTHER M. STEIN, Respondent, v. FREDERICK W. SMYTHE, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, Merrell, McAvoy,

* Now United States Code, tit. 49, § 74.— [REP.

Martin and Proskauer, JJ.; Merrell and Martin, JJ., dissent and vote for reversal and a new trial on the ground that the verdict is grossly excessive.